Local Form 19                                                              September 2021

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

IN RE:
Samuel Calvin Houser

Case No. 21-40095

Chapter 7

SSN: XXX-XX-9963

Debtor(s)

## COVER SHEET FOR AMENDED SCHEDULES AND STATEMENTS

Briefly describe the amendments to the debtor's schedules and statements below, including the names of the schedules and/or statements being amended and any creditors added or removed.

*Schedule A/B – correct address of residence #1.1*
*Schedule D – correct address of residence #2.3*

Date: ____12/8/2021_____

__s/Robert H. Gourley, Jr._____
Attorney for Debtor(s)
Robert H. Gourley, Jr.
249 E Broad Street
Statesville, NC 28677

AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1: Samuel Calvin Houser
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Western District of North Carolina

Case number (if known): 21-40095

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1 Residence: 1680 Peeler Road
Street address, if available, or other description

Vale   NC   28168
City   State   ZIP Code

Lincoln County
Country

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?  $ 429,000.00
Current value of the portion you own?  $ 214,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenancy by the Entireties

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property

Other information you wish to add about this item, such as local property identification number:
tax value $305,370; oral CMA value listed; 5 BR, 3.5 BA and 5 acres of land

1.2 Macedonia Church Road
Street address, if available, or other description

Vale   NC   28168l
City   State   ZIP Code

Lincoln County
Country

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?  $ 0.00
Current value of the portion you own?  $ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property

Other information you wish to add about this item, such as local

AMENDED

| Debtor 1 | Samuel Calvin Houser | | | Case number *(if known)* 21-40095 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Other information you wish to add about this item, such as local property identification number:
Book 2435, Page 594; Parcel 11336

**1.3** 1834 North Brook 3 School Road
Street address, if available, or other description

Vale    NC    28168
City    State    ZIP Code

Lincoln County

Country

**What is the property?** Check all that apply
- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other_____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**    **Current value of the portion you own?**
$ 0.00        $ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

- [ ] Check if this is community property

Other information you wish to add about this item, such as local property identification number:
Book 2435, Page 602; Parcel 11235

**1.4** 2809 Sam Houser Road
Street address, if available, or other description

Vale    NC    28168
City    State    ZIP Code

Lincoln County

Country

**What is the property?** Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other shop/office

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**    **Current value of the portion you own?**
$ 0.00        $ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

- [ ] Check if this is community property

Other information you wish to add about this item, such as local property identification number:
Book 2784, Page 276; Parcel 76408

**1.5** Macedonia Church Road
Street address, if available, or other description

Vale    NC    28168
City    State    ZIP Code

Lincoln County

Country

**What is the property?** Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [x] Other_____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**    **Current value of the portion you own?**
$ 0.00        $ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

- [ ] Check if this is community property

Other information you wish to add about this item, such as local property identification number:
Book 2435, page 598; Parcel 80233

AMENDED

Debtor 1  Samuel Calvin Houser
         First Name   Middle Name   Last Name

Case number (if known) 21-40095

### 1.6  5.780 Acres; Peeler Road
Street address, if available, or other description

Vale   NC   28168
City   State   ZIP Code

Lincoln County
Country

**What is the property?** Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other_____

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?  $ 0.00
Current value of the portion you own?  $ 0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

- [ ] Check if this is community property

**Other information you wish to add about this item, such as local property identification number:**
Book 2619, Page 824; Parcel 54184

### 1.7  27.017 Acres; Sam Houser Road
Street address, if available, or other description

Vale   NC   28168
City   State   ZIP Code

Lincoln County
Country

**What is the property?** Check all that apply
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other_____

**Who has an interest in the property?** Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?  $ 5,000.00
Current value of the portion you own?  $ 5,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Life estate

- [ ] Check if this is community property

**Other information you wish to add about this item, such as local property identification number:**
Book 2435; Page 585; Parcel 71254  Value is value assigned to Life Estates in Motion to Claim Exempt Property filed in the Western District of North Carolina, United States District Court; Case No. 5:19-CV-00105-KDB-DCK; BAM Capital, LLC v. Houser Transpsort, Inc, et al

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................... ▶  $219,500.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- [ ] No
- [x] Yes

### 3.1  Make: BMW
Model: S28I
Year: 2009
Approximate mileage: 174000
Other information:
Condition: Good; Vin #WBANU53528CT04369; KBB value listed;

**Who has an interest in the property?** Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?  $ 2,936.00
Current value of the portion you own?  $ 1,468.00

AMENDED

Debtor 1 ___Samuel Calvin Houser___  Case number *(if known)* 21-40095
First Name   Middle Name   Last Name

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................➤  $1,468.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...
   | br, lr, dr furn (1700), w/d, kitch appl, tools; decor, piano; 1/2 value |    $ 2,057.50

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe...
   | 2 tvs, vcr, cell phones - 1/2 value |    $ 135.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe...
   | kitch clock, wine rack, antique phone; 1/2 value |    $ 45.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe...

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe...

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe...
    | clothing |    $ 250.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver
    ☐ No
    ☑ Yes. Describe...
    | wedding ring, watch |    $ 170.00

AMENDED

Debtor 1    Samuel Calvin Houser
            First Name    Middle Name    Last Name

Case number *(if known)* 21-40095

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe...

    | 33 yo horse (crippled), goat | $ 0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................➤     $ 2,657.50

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes................................................................................................................ Cash .................... $ 300.00

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................     Institution name:

    17.1. Checking account:     First Federal Savings; joint w/spouse     $ 80.27

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Houser Logistics, Inc.: Assets: $92,500; Liabilities: $7,312,318.93 | 100 % | $ 0.00 |
    | Houser Equipment Leasing, Inc. - Assets $0.00; Liabilities $969,026.52 | 100 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

AMENDED

| Debtor 1 | Samuel Calvin Houser | | | Case number *(if known)* 21-40095 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   - [x] No
   - [ ] Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   - [x] No
   - [ ] Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   - [x] No
   - [ ] Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   - [x] No
   - [ ] Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   - [x] No
   - [ ] Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
   - [x] No
   - [ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

   |  |
   |---|

   Federal: $ 0.00
   State: $ 0.00
   Local: $ 0.00

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - [x] No
   - [ ] Yes. Give specific information....

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - [x] No
   - [ ] Yes. Give specific information....

31. **Interests in insurance policies**
   - [x] No
   - [ ] Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**
   - [x] No
   - [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   - [x] No
   - [ ] Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - [x] No
   - [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**
   - [x] No
   - [ ] Yes. Give specific information...

AMENDED

Debtor 1 __Samuel Calvin Houser__  
       First Name   Middle Name   Last Name

Case number *(if known)* 21-40095

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................▶    $380.27

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - [✓] No. Go to Part 6.
    - [ ] Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - [✓] No. Go to Part 7.
    - [ ] Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - [✓] No
    - [ ] Yes. Give specific information...

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................▶    $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2.........................................................................................▶    $219,500.00
56. Part 2: Total vehicles, line 5    $ 1,468.00
57. Part 3: Total personal and household items, line 15    $ 2,657.50
58. Part 4: Total financial assets, line 36    $ 380.27
59. Part 5: Total business-related property, line 45    $ 0.00
60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00
61. Part 7: Total other property not listed, line 54    + $ 0.00
62. Total personal property. Add lines 56 through 61 ................    $ 4,505.77    Copy personal property total▶    + $ 4,505.77
63. Total of all property on Schedule A/B. Add line 55 + line 62    $ 224,005.77

AMENDED

**Fill in this information to identify your case:**

Debtor 1: Samuel Calvin Houser
  (First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Western District of North Carolina

Case number (if known): 21-40095

☑ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 3,300,000.00 | $ 5,000.00 | $ 3,295,000.00 |

BAM Capital LLC
Creditor's Name
c/o William C Mayberry
Number  Street
301 S College Street

Charlotte  NC  28202
City    State    ZIP Code

Describe the property that secures the claim:
All Life Estates listed on Schedule A/B 1.2-1.7 - $5,000.00 Judgment: BAM Capital LLC vs. Houser Transport, Inc., Houser Logistics, Inc., Sibling Leasing LLC, Samuel Houser, Candy Feaganes, Sherry Lee; File No. 20CVS437; Lincoln County; 5/4/2020

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  2018

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 0000

Debtor __Samuel Calvin Houser__    Case number *(if known)* __21-40095__  **AMENDED**
       First Name  Middle Name  Last Name

---

**2.2**

Describe the property that secures the claim:    $ __263,743.34__    $ __5,000.00__    $ __258,743.34__

BMO Harris Bank NA
*Creditor's Name*
c/o Martineau Kling
*Number  Street*
PO Box 241268

Charlotte NC    28224
*City    State    ZIP Code*

All Life Estates listed on Schedule A/B 1.2-1.7 - $5,000.00 Judgment: BMO Harris Bank NA v. Houser Equipment Leasing, Inc., Houser Logistics, Inc., and Samuel C. Houser; File No. 19CVS1468; Lincoln County; 6/8/2020

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred __6/2020__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number __0000__

---

**2.3**

Describe the property that secures the claim:    $ __109,000.00__    $ __429,000.00__    $ __0.00__

Mr. Cooper
*Creditor's Name*
PO Box 619097
*Number  Street*
Dallas TX    75261
*City    State    ZIP Code*

Residence: 1680 Peeler Road, Vale, NC 28168 - $429,000.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred __2012__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ __3,672,743.34__

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

BMO Harris Bank NA
*Creditor's Name*
PO Box 3040
*Number  Street*
Cedar Rapids IA    52406
*City    State    ZIP Code*

On which line in Part 1 did you enter the creditor? __2.2__
Last 4 digits of account number __0000__

---

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

AMENDED

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Samuel Calvin Houser |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of North Carolina |
| Case number | 21-40095 |
| | (If known) |

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................. $219,500.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................ $4,505.77

   1c. Copy line 63, Total of all property on *Schedule A/B* ........................................................................... $224,005.77

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $3,672,743.34

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... $4,100.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... + $87,270.88

   Your total liabilities   $3,764,114.22

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................................................... $4,333.40

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................................................... $4,304.80

AMENDED

Debtor 1  Samuel Houser
         First Name    Middle Name    Last Name

Case number (if known)  21-40095

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.     $ 3,833.33

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)                                              $ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                     $ 4,100.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)           $ 0.00

   9d. Student loans. (Copy line 6f.)                                                            $ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)                                                                 $ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)      + $ 0.00

   9g. **Total.** Add lines 9a through 9f.                                                       $ 4,100.00

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 2 of 2

AMENDED

| Fill in this information to identify your case: |
|---|
| Debtor 1  Samuel Calvin Houser |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the Western District of North Carolina |
| Case number (If known)  21-40095 |

☒ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Samuel Calvin Houser                    ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 12/09/2021                                    Date _____
    MM / DD / YYYY                                     MM / DD / YYYY

Official Form 106Dec           Declaration About an Individual Debtor's Schedules