# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| **Samuel Calvin Houser** | : |
| | : CHAPTER 7 |
| | : |
| DEBTOR | : CASE NO. 21-40095 |
| | : |
| | : JUDGE WHITLEY |
| | : |

## NOTICE OF ABANDONMENT

Pursuant to the order entered on March 7, 2022 compelling abandonment of Debtor's interest in real property located at 1680 Peeler Rd., Vale, NC 28168 (the "Property"), DE 62, Trustee hereby abandons the Property. Notice to all creditors was given of Debtor's Motion to Compel Abandonment, to which no objections were filed. The Order, DE 62, was also served on all creditors.

This 24th day of March, 2022.

/s/Barbara B. Stalzer
BARBARA B. STALZER
Chapter 7 Trustee
406 Upper Flat Creek Rd.
Weaverville, NC 28787
828-645-4145
NC Bar No. 54705
trusteestalzer@gmail.com